ELLEN F. ROSENBLUM
Attorney General
TODD MARSHALL #112685
Senior Assistant Attorney General
JESSICA SPOONER #105919
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Todd.Marshall@doj.state.or.us
       Jessica.Spooner@doj.state.or.us

Attorneys for Defendants Kelly-Siel, Hunter, McGee and Ms. Daeschner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DIANE BUMCROT,<br><br>      Plaintiff,<br><br>    v.<br><br>ERINN KELLEY-SIEL, STACEY DAESCHNER, DAWN HUNTER, AND KEN MCGEE,<br><br>      Defendants. | Case No. 6:14-cv-00852-AA<br><br>STIPULATED GENERAL JUDGMENT OF DISMISSAL |

**STIPULATED GENERAL JUDGMENT OF DISMISSAL**

Based upon the stipulation of the parties that this case has been fully compromised between Plaintiff and Defendants and Plaintiff's stipulation that a General Judgment of Dismissal with prejudice may be entered with no costs to any party,

Page 1 -   STIPULATED GENERAL JUDGMENT OF DISMISSAL
           TM3/cbh/5856741-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

IT IS HEREBY ORDERED AND ADJUDGED that a General Judgment of Dismissal with prejudice on Plaintiff's claims against Defendants be entered with no costs to any party.

DATED this 1st day of October, 2014.

*[signature]*
CHIEF JUDGE ANN AIKEN
United States District Court Judge

IT IS SO STIPULATED:

*[signature]* Dated: 9-25-14
PAUL B. MEADOWBROOK
Of Attorneys for Plaintiff

*[signature]* Dated: 9-30-14
TODD MARSHALL
Of Attorneys for Defendants

Submitted by: Todd Marshall
Senior Assistant Attorney General
Of Attorneys for Defendants

Page 2 -   STIPULATED GENERAL JUDGMENT OF DISMISSAL
TM3/cbh/5856741-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791